UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD JOSEPH HONABACH, | Case No. 3:25-cv-00168-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Petitioner Edward Joseph Honabach, a *pro se* Nevada prisoner, initiated this case by submitting a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1-1). The Court dismissed this action without prejudice based on Honabach's failure to comply with the Court's order instructing him to file a complete application to proceed *in forma pauperis* ("IFP") or pay the filing fee. ECF No. 5. Honabach has since filed a Notice of Change of Address (ECF No. 8) and a motion[1] (ECF No. 10) requesting that the Court grant an extension regarding the closing of his case and appointment of counsel. He provides that he was transferred to another institution and did not receive the Court's order instructing him to file a complete IFP Application or pay the filing fee. ECF No. 10.

The Court, therefore, reopens this matter and will grant Honabach an extension of time to file a complete IFP Application or pay the filing fee. The Clerk of the Court will send to Petitioner the approved form application to proceed *in forma pauperis* by an inmate at Northern Nevada Correctional Center ("NNCC")

---

[1] The Court entered a Minute Order referring to Honabach's filing as a letter, rather than a motion in error. The Court will consider Honabach's filing at ECF No. 10 as a Motion to Reopen and request for extension of time to file an IFP application or pay the filing fee.

or Lovelock Correctional Center ("LCC") and instructions for the same.[2] He has until September 26, 2025, to pay the full $5 filing fee or file a fully complete application to proceed *in forma pauperis*, which includes pages 1-3 of the Court's approved form and is properly signed by Petitioner on page 3. Petitioner is cautioned that this action may be dismissed without prejudice if Petitioner fails to timely comply with this order. The Court defers screening the petition and consideration of Honabach's request for appointment of counsel until he has complied with this order.

It is therefore ordered that Petitioner Christopher Edward Joseph Honabach's Motion (ECF No. 10) is granted.

It is further ordered that the Clerk of the Court is instructed to reopen this action.

It is further ordered that the Clerk of Court is instructed to send to Petitioner the approved form application to proceed *in forma pauperis* by an inmate at NNCC or LCC and instructions for the same.

It is further ordered that Petitioner has until September 26, 2025, to pay the full $5 filing fee or file a fully complete application to proceed *in forma pauperis*.

DATED THIS 26th day of August, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

---

[2] Effective April 14, 2025, NNCC and LCC inmates filing lawsuits in the U.S. District Court for the District of Nevada are directed to apply for *in forma pauperis* status using the form titled "Application to Proceed *In Forma Pauperis* by an Inmate at Northern Nevada Correctional Center or Lovelock Correctional Center."