UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EDWARD JOSEPH HONABACH,

Petitioner,

v.

STATE OF NEVADA, *et al.*,

Respondents.

Case No. 3:25-cv-00168-ART-CLB

ORDER

Petitioner Edward Joseph Honabach has filed a first amended petition for writ of habeas corpus (ECF No. 33) and his counsel now requests to withdraw and for appointment of substitute counsel. ECF No. 46. Also pending are Respondents' Motion to Extend Time, Motion to Seal, and Motion to Dismiss. ECF Nos. 37, 42, 45.

**I. Motion to Withdraw**

The Court appointed Honabach's current counsel, Jamie Resch, Esq., following the Court's order granting Honabach's motion for appointment of counsel and the Federal Public Defender's notice of conflict. ECF Nos. 29, 30, 32. Because counsel has been awarded a contract to be the municipal prosecutor for Boulder City, Nevada, the CJA Panel and Coordinator have concluded it's a conflict. As a result, counsel has withdrawn from the CJA panel.

The Court finds good cause exists to grant counsel's motion to withdraw The Court will appoint substitute counsel to represent Honabach. Substitute counsel will have 30 days to undertake direct representation of Petitioner and will represent Petitioner in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw. Substitute counsel must enter a notice of appearance in this matter and will have 60 days from the date of this order to file a response to Respondents' pending motion to

dismiss. ECF No. 45.

**II. Motion to Seal**

Respondents seek leave to file under seal: Exhibit 18, Petitioner Honabach's Presentence Investigation Report ("PSI") (ECF No. 43-1), dated February 28, 2019. Under Nevada law, the PSI is "confidential and must not be made a part of any public record." Nev. Rev. Stat. § 176.156(5). Having reviewed and considered the matter in accordance with *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016); *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect Honabach's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records. Accordingly, Respondents' Motion is granted and Exhibit 18 is considered properly filed under seal.

**III. Motion to Extend**

Respondents move for an extension of time to file their response to the first amended petition. (ECF No. 37.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

**IV. Conclusion**

It is therefore ordered that Petitioner Edward Joseph Honabach's Motion to Withdraw (ECF No. 46) is granted, that Jamie Resch, Esq. is withdrawn as counsel for Petitioner, and that substitute counsel will be appointed for Petitioner.

It is further ordered that the Clerk of the Court is directed to send a copy of this order to the CJA coordinator for this division, who will locate substitute counsel for Petitioner.

It is further ordered that substitute counsel will have 30 days to undertake direct representation of Petitioner. Substitute counsel must enter a notice of

appearance in this matter and will have 60 days from the date of this order to file a response to Respondents' Motion to Dismiss.

It is further ordered that Respondents' motion to seal (ECF No. 42) is granted. Exhibit 18 is considered properly filed under seal.

It is further ordered that Respondents' first unopposed motion for enlargement of time (ECF No. 37) is granted *nunc pro tunc*.

DATED THIS 14th day of October, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE