UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD JOSEPH HONABACH,<br>Petitioner,<br>v.<br>STATE OF NEVADA, *et al.*,<br>Respondents. | Case No. 3:25-cv-00168-ART-CLB<br>ORDER |

Following the Court's prior order granting the Motion to Withdraw (ECF No. 46),

**IT IS THEREFORE ORDERED** that the following panel attorney is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B) & (c), *nunc pro tunc* to October 19, 2026:

Michael Lasher
827 Kenny Way
Las Vegas, NV 89107
(510) 507-2869

Counsel will represent petitioner in all federal proceedings related to this matter, including any appeals or *certiorari* proceedings, unless allowed to withdraw.

It is further ordered that Petitioner will have until December 14, 2026, to file a response to Respondents' Motion to Dismiss (ECF No. 45).

It is further ordered that all other instructions set forth in the scheduling order (ECF No. 32) remain in effect.

DATED THIS 22nd day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE